IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3139 |
| vs. | ORDER |
| DALE DELMAR HESS, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Count of Indictment (filing 65). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of Count I of the indictment, without prejudice.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Count of Indictment (filing 65) is granted.

2. Count I of the indictment is dismissed without prejudice.

3. This case is closed.

Dated this 21st day of January, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge